Georgia A. Staton, Bar #004863
Rachel Love, Bar #019881
Eileen Dennis GilBride, Bar #009220
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com
rlove@jshfirm.com
egilbride@jshfirm.com

Attorneys for Defendants Prescott Unified
School District; Kevin J. Kapp,
Superintendent

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| RAYMOND PARENTEAU and JOLENE PARENTEAU, husband and wife, and RAYMOND and JOLENE PARENTEAU ON BEHALF OF THEIR MINOR SON, CP,<br><br>Plaintiffs,<br><br>v.<br><br>PRESCOTT UNIFIED SCHOOL DISTRICT, an Arizona School District; and KEVIN J. KAPP, SUPERINTENDENT, PRESCOTT UNIFIED SCHOOL DISTRICT; JOHN DOES I-V; JANE DOES I-V; BLACK AND WHITE CORPORATIONS I-V,<br><br>Defendants. | NO. CV 07-08072-PCT-NVW<br><br>**RENEWED MOTION FOR ORDER REQUIRING JUDGMENT DEBTORS RAYMOND PARENTEAU AND JOLENE PARENTEAU TO APPEAR FOR DEBTOR'S EXAM** |

By this Court's Order dated November 23, 2009, the Court directed the parties to confer and attempt to agree on a mutually convenient date, time and place to conduct the subject judgment/debtor examination. Undersigned counsel, complied with this Court's Order and immediately spoke to the Parenteaus' new counsel, Michael Salcido. After multiple telephone calls and e-mails, Michael Salcido agreed that the Parenteaus Judgment/Debtor Examination could occur in Phoenix. However, when counsel contacted Mr. Salcido to try and agree upon specific dates, undersigned counsel

2142209.1
12/28/09

was met with silence. Attached hereto are copies of some of the e-mails which undersigned counsel has forwarded to Mr. Salcido requesting that he provide dates when his clients would be available. There has been no response.

Accordingly, Defendant respectfully requests this Court enter an Order setting the Judgment/Debtor's Exam for Raymond and Jolene Parenteau to take place in the Federal District Court at the United States District Court – Phoenix Division for a date in January 2010 that is convenient to the Court.

RESPECTFULLY SUBMITTED this 28th day of December, 2009.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/Georgia A. Staton
    Georgia A. Staton
    Rachel Love
    Eileen Dennis GilBride
    2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
    Attorneys for Defendants Prescott Unified
    School District; Kevin J. Kapp,
    Superintendent

ORIGINAL electronically filed
this 28th day of December, 2009.

COPY mailed/e-mailed
this 28th day of December, 2009, to:

Hon. Lawrence O. Anderson
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 11
Suite 322
Phoenix, AZ  85003-2120
602-322-7620

Hon. Neil V. Wake
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 52
Suite 524
Phoenix, AZ  85003-2151
602-322-7640

Gary L. Lassen, Esq.
The Law Office of Gary Lassen, PLC
2020 North Central Avenue
Central Park Square
Suite 1100
Phoenix, AZ  85004
Attorneys for Plaintiffs
602-252-1205
FAX:  602-254-6982

William R. Hobson
Law Office of William R. Hobson, PC
7303 W. Boston Street
Chandler, Arizona 85226
Attorney for Plaintiffs' Counsel Gary L. Lassen
480-705-7550
FAX: 480-605-7503

Michael Salcido
Buckley King, PLLC
2020 North Central Avenue
Phoenix, Arizona 85004
Attorney for Plaintiffs
602-325-1964
FAX: 602-424-2566


/s/Jessica A. Gherna

2142209.1
12/28/09

3