## GEORGIA STATON

**From:** GEORGIA STATON
**Sent:** Wednesday, December 09, 2009 11:32 AM
**To:** 'Salcido, Michael'
**Subject:** RE: Parenteau - Debtor Exam - OK to do it in Phoenix

Sometime the last 2 weeks of December or first week of January. I think we need to file a stipulation with the court and give them the dates of our mutual availability. The matter will be held at the federal courthouse so that if an issue arises Judge Anderson is available to us. So the more dates we have the better it will be for the court.

---

**From:** Salcido, Michael [mailto:salcido@buckleyking.com]
**Sent:** Wednesday, December 09, 2009 11:25 AM
**To:** GEORGIA STATON
**Subject:** Parenteau - Debtor Exam - OK to do it in Phoenix

Mr. Parenteau will come to Phoenix, What dates were you considering?

Michael Salcido
**BUCKLEY KING**
Direct: 602.325.1964
Fax: 602.424.2566
Web: www.buckleyking.com

**CONFIDENTIALITY**
This email is privileged, confidential and/or exempt from disclosure. If you are not the intended recipient any disclosure, copying, distribution, or use of this email (including any reliance thereon) is prohibited. Please do not review, print, copy, disseminate or otherwise use this information. If you received this email in error, please immediately contact the sender and delete the material in its entirety. Thank you.

---

**From:** GEORGIA STATON [mailto:GStaton@JSHFIRM.com]
**Sent:** Tuesday, December 08, 2009 1:37 PM
**To:** Salcido, Michael
**Cc:** RACHEL LOVE
**Subject:** RE: Parenteau - Debtor Exam

Mike, I have to leave in 20 minutes for a meeting. If you cannot call now. Please call Rachel

---

**From:** Salcido, Michael [mailto:salcido@buckleyking.com]
**Sent:** Tuesday, December 08, 2009 1:10 PM
**To:** GEORGIA STATON
**Subject:** Parenteau - Debtor Exam

I am sorry that this has taken so long. I will call you this afternoon.

Michael Salcido
**BUCKLEY KING**
Direct: 602.325.1964
Fax: 602.424.2566
Web: www.buckleyking.com

**CONFIDENTIALITY**
This email is privileged, confidential and/or exempt from disclosure. If you are not the intended recipient any disclosure, copying, distribution, or use of this email (including any reliance thereon) is prohibited. Please do not review, print, copy, disseminate or otherwise use this information. If you received this email in error, please immediately contact the sender and delete the material in its entirety. Thank you.

---

**From:** GEORGIA STATON [mailto:GStaton@JSHFIRM.com]
**Sent:** Tuesday, December 08, 2009 1:10 PM
**To:** Salcido, Michael
**Cc:** RACHEL LOVE
**Subject:** Parenteau
**Importance:** High

Mike, I have left several messages for you re: scheduling a time and place for the Parenteaus debtor's exam. You have not returned any of those messages. My partner, Rachel Love, is going to push forward with getting this set or filing a motion with Judge Anderson to get it set. I prefer to cooperate. Please call me at 263-1752 or Rachel Love at 263-1726.

This electronic mail transmission contains information from the law firm Jones, Skelton & Hochuli, P.L.C.

12/22/2009

## GEORGIA STATON

**From:** GEORGIA STATON
**Sent:** Monday, December 14, 2009 9:06 AM
**To:** MICHAEL SALCIDO (salcido@buckleyking.com)
**Subject:** Paarenteau

Mike, I am available in Phoenix on the following days to conduct the debtor's exam of the Parenteaus: December 28, 29 or 30 at 9:30 or January 5, 6 or 7 at 9:30. Please let me know which dates works best for you and your clients and I will prepare a stipulation for filing with the court. We need to give Judge Anderson as many dates as possible since this will be conducted at the federal court house--probably in the attorney or witness room outside of the courtroom.

1

## GEORGIA STATON

| | |
|---|---|
| From: | GEORGIA STATON |
| Sent: | Thursday, December 17, 2009 4:37 PM |
| To: | MICHAEL SALCIDO (salcido@buckleyking.com) |
| Subject: | Parenteau |

I have not heard from you in response to my recent emails. I will move the court to set a time for the debtor's exam in Phoenix.