Georgia A. Staton, Bar #004863
Rachel Love, Bar #019881
Eileen Dennis GilBride, Bar #009220
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com
rlove@jshfirm.com
egilbride@jshfirm.com

Attorneys for Defendants Prescott Unified
School District; Kevin J. Kapp,
Superintendent

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Parenteau and Jolene Parenteau, husband and wife, and Raymond and Jolene Parenteau on behalf of their minor son, CP, <br><br> Plaintiffs, <br><br> v. <br><br> Prescott Unified School District, an Arizona School District; and Kevin J. Kapp, Superintendent, Prescott Unified School District; John Does I-V; Jane Does I-V; Black and White Corporations I-V, <br><br> Defendants. | NO. CV 07-08072-PCT-NVW <br><br> **NOTICE OF DEPOSITION OF JUDGMENT DEBTOR -- RAYMOND PARENTEAU** |

YOU ARE HEREBY NOTIFIED that, pursuant to RCP 26 and 30, the deposition will be taken upon oral examination of the persons whose names and addresses are stated below at the time and place stated below before an officer authorized by law to administer oaths. If the names are not known, a general description sufficient to identify those persons or the particular classes or groups of which those persons belong is given below.

**PERSONS TO BE EXAMINED:**   RAYMOND PARENTEAU

**DATE AND TIME OF THE DEPOSITION:**   Thursday, April 22, 2010 at 9:30 a.m.

2183996.1
4/2/10

| | |
|---|---|
| 1 | |
| 2 | **LOCATION OF DEPOSITION:** Lott Reporting, Inc.<br>Certified Professional Reporters<br>316 North Alarcon Street<br>Prescott, AZ  86301<br>928-776-1169 |

1
2
3
4
5  YOU ARE ALSO COMMANDED to bring with you and produce these
6  books, papers, documents, or tangible things: **See Exhibit 1 attached hereto.**
7  The Transcriptionist Before Whom Deposition Will Be Taken :
8
9  Lott Reporting, Inc.
   Certified Professional Reporters
10  316 North Alarcon Street
    Prescott, AZ  86301
11  928-776-1169
12
13  DATED this 2nd day of April, 2010.
14  JONES, SKELTON & HOCHULI, P.L.C.
15
16  By   s/Georgia A. Staton
     Georgia A. Staton
17  Rachel Love
    Eileen Dennis GilBride
18  2901 North Central Avenue, Suite 800
    Phoenix, Arizona  85012
19  Attorneys for Defendants Prescott Unified
    School District; Kevin J. Kapp,
20  Superintendent
21
22
23
24
25
26
27
28

2183996.1
4/2/10

2

| | |
|---|---|
| 1 | ORIGINAL electronically filed this 2nd day of April, 2010. |
| 2 | |
| 3 | COPY mailed/e-mailed this 2nd day of April, 2010, to: |
| 4 | |
| 5 | Hon. Lawrence O. Anderson<br>United States District Court<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street, SPC 11<br>Suite 322<br>Phoenix, AZ 85003-2120<br>602-322-7620 |

ORIGINAL electronically filed
this 2nd day of April, 2010.

COPY mailed/e-mailed
this 2nd day of April, 2010, to:

Hon. Lawrence O. Anderson
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 11
Suite 322
Phoenix, AZ 85003-2120
602-322-7620

Hon. Neil V. Wake
United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 52
Suite 524
Phoenix, AZ 85003-2151
602-322-7640

Gary L. Lassen, Esq.
The Law Office of Gary Lassen, PLC
2020 North Central Avenue
Central Park Square
Suite 1100
Phoenix, AZ 85004
Attorneys for Plaintiffs
602-252-1205
FAX: 602-254-6982

William R. Hobson
Law Office of William R. Hobson, PC
7303 W. Boston Street
Chandler, Arizona 85226
Attorney for Plaintiffs' Counsel Gary L. Lassen
480-705-7550
FAX: 480-605-7503

Michael Salcido
Buckley King, PLLC
2020 North Central Avenue, Suite 1120
Phoenix, Arizona 85004
Attorney for Plaintiffs
602-325-1964
FAX: 602-424-2566

| | |
|---|---|
| 1 | Lott Reporting, Inc.<br>Certified Professional Reporters |
| 2 | 316 North Alarcon Street<br>Prescott, AZ  86301 |
| 3 | 928-776-1169<br>E-mail:  lottreporting@lottreporting.com |
| 4 | |
| | s/Gwen Coon_____ |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# EXHIBIT 1

## List of Documents and Things to be Produced

1. All books and records reflecting income received by judgment-debtor and spouse for the preceding three-year period, to date, including:

   a. All State and Federal income tax returns;
   b. All W-2 forms;
   c. All cash receipts, journals and books of account, and other receipts for funds and income received;
   d. Records of proceeds received from sale of any assets;
   e. Copies of quarterly estimates of income filed by each of you, and your spouse with the Treasury Department, Internal Revenue Service, and copies of income tax returns filed or prepared on your behalf for either the State or Federal government for such years.

2. Copies of all financial statements and balance sheets prepared for judgment-debtor for the preceding three years.

3. Records of all bank accounts, savings and loan, credit union or other depository accounts in which judgment-debtor or spouse has had any interest for the preceding three years, including but not limited by enumeration to:

   a. All savings passbooks;
   b. All statements on checking or savings accounts; bank statements on all savings accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order;
   c. Stubs for all checks written during this period of time and other records evidencing withdrawals from either savings or checking accounts;
   d. Receipts for all safety deposit boxes.

4. All canceled checks written upon any account stated in Paragraph 3 above.

5. All Savings deposit books covering any accounts stated in Paragraph 3 above.

6. Accounts receivable ledgers or records of all persons indebted to judgment-debtor or spouse at the date hereof, of all persons who will become indebted within 90 days from this date, and known at this time, including the names and addresses of such persons, the amount of the indebtedness, when same will be due, and copies of any promissory notes, contracts, or other documents evidencing the indebtedness.

7. Certificates of title or registration on all motor vehicles, trailers, boats, or aircraft in which the judgment-debtor or spouse has an interest at the date thereof.

8. Copies of all partnership agreements or joint venture agreements in which judgment-debtor or spouse has an interest at the date hereof, together with names and addresses of all other partners of joint ventures interested therein.

9. All contracts, deeds, mortgages and other documents of title evidencing an interest of any kind by judgment-debtor and spouse in real estate at the date hereof, including options to purchase or acquire same.

10. Copies of all liens or mortgages against any property of judgment-debtor or spouse, spouse or any kind whatsoever.

11. All life insurance policies upon the life of you and each of you, and/or in which you have an interest, either as owner, beneficiary, or insured at the date thereof.

12. Original stock certificates, bonds, debentures or other chooses in action in which judgment-debtor or spouse had an interest at the date thereof.

13. Records of all accounts payable and a list of all creditors of judgment-debtor or spouse, including the names and addresses thereof, the amount due, and when same will become due, and the nature of the indebtedness, and contracts of notes evidencing such.

14. Records of all motor vehicles, trailers, boats or aircraft in which judgment-debtor or spouse has had an interest within the last 12 months, including the description of same, serial number, date of transfer, to whom transferred and the amount received therefore.

15. Records of all live stock, including horses, in which judgment-debtor or spouse has had an interest within the last 12 months, date of transfer, to whom transferred and the amount received therefore.

16. Records, including bills of sale and other documents of title of all equipment, tools, machinery, furniture and fixtures in which judgment-debtor or spouse has an interest. Or, if same were not in existence, an accurate list thereof, including dates of purchase and purchase price; all titles, bills of sale or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

17. Copies of any trust agreements, or other documents evidencing interest in a trust, in which judgment-debtor or spouse had an interest or hereafter will acquire an interest.

18. An itemization of household furnishings of judgment-debtor or spouse, including a general description thereof, date of acquisition, original purchase price.

19. All titles, deeds, or contracts of sale upon real property or personal property which is presently the subject of a contract to sell by you.

20. Keys to all safety deposit boxes whether privately maintained or in institutions, either within or outside the State of Arizona now maintained in the name of, or to the benefit of, the judgment-debtor and spouse, or in which they have an interest at this date.

21. All evidence of mining claims, patents, affidavits of development work owned and claimed by judgment-debtor and spouse within the three (3) preceding years.

22. All evidence of any and all notes, contracts, negotiable instruments receivable or accounts receivable whether due or not due belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

23. All fire, burglary and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

24. All titles, deeds or contracts of sale upon real property owned, purchased or being purchased or sold which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for one year preceding the date of this Order.

25. All real or personal property assessment notices received by you within one year preceding the date of this Order from any taxing agency, State or federal, whatsoever.

26. A complete inventory of all items of personal property owned by you of any nature whatsoever including automobiles, boats, household fixtures, furnishings, appliances and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and the address of the person having possession of the property.

27. All automobile or personal property casualty or collision or all risk insurance policies presently owned by you.

28. A list of all construction jobs performed by you within the last six (6) months, if any, with copies of all contracts, work orders, invoices, delivery documents, files and other documents relating to each job.

29. All documents which represent any trademark, trade name, copyright or patent in which Judgment Debtor has an interest.