**10-15312 R.P., et al v. Prescott Unified School Distri , et al "Dispositive Clerk Order Filed"**

ca9_ecfnoticing  to:                                                    03/28/2011 03:19 PM

---

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 03/28/2011 at 3:18:07 PM PDT and filed on 03/28/2011

| | |
|---|---|
| **Case Name:** | R.P., et al v. Prescott Unified School Distri, et al |
| **Case Number:** | 10-15312 |
| **Document(s):** | Document(s) |

**Docket Text:**
Filed order (Deputy Clerk: CAG): The appellants' motion for voluntary dismissal of this appeal under Fed. R. App. P. 42(b) is granted. A copy of this order sent to the district court shall act as and for the mandate of this court. [7696730] (AF)

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 10-15312.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=03/28/2011] [FileNumber=7696730-0]
[5177c9f0a647d5e8bc389828b6546875724578a87fac3a93a3298b82397bb637eec9144342536a0
51bca3d16a11870c15d2b69e76e1e11656e25191bee427b72]]

**Notice will be electronically mailed to:**

Mr. Acedo, Nicholas D., Attorney
Ms. GilBride, Eileen Dennis
Hobson, William Russell, Attorney
Lassen, Gary L., Attorney
Love, Rachel, Attorney
Ms. Staton, Georgia Ann, Attorney

USDC, Phoenix
Honorable Wake, Neil V., District Judge


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 7696730
**RELIEF(S) DOCKETED:**
   motion to dismiss the case
   to issue mandate (for dispositive orders which act as mandate only)
**DOCKET PART(S) ADDED:** 7591914, 7587946, 7587945, 7591915, 7591916